398

MEIKLEHAM *et al. v.* NORMAN.

BECK, P. J. Under the principles ruled in the case of *Featherstone v. Norman,* this day decided, the court below did not err in refusing an injunction.          *Judgment affirmed.    All the Justices concur.*